No. 01–363. BUSCH v. COMMODITY FUTURES TRADING COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 01–378. RODRIGUEZ v. IBP, INC. C. A. 10th Cir. Certiorari denied.

No. 01–452. PARADISE VALLEY UNIFIED SCHOOL DISTRICT v. JOHNSON. C. A. 9th Cir. Certiorari denied.

No. 01–491. ARMSTRONG v. LA QUINTA INNS, INC. C. A. 10th Cir. Certiorari denied.

No. 01–532. GARCIA v. HENRY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–534. O'DONNELL ET AL. v. EIDLEMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–535. CAREMARK RX, INC., ET AL. v. BRANDON, JONES, SANDALL, ZEIDE, KOHN, CHALAL & MUSSO ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–536. TINKLE v. OKLAHOMA GAS & ELECTRIC CO. C. A. 10th Cir. Certiorari denied.

No. 01–537. WESTECH LABORATORIES, INC. v. DILLENBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–542. GEDDES ET UX. v. MILL CREEK COUNTRY CLUB, INC., ET AL. Sup. Ct. Ill. Certiorari denied.

No. 01–546. INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. v. TAYLOR MILK CO. C. A. 3d Cir. Certiorari denied.

No. 01–550. SUBMERSIBLE SYSTEMS, INC. v. PERFORADORA CENTRAL, S. A. DE C. V. C. A. 5th Cir. Certiorari denied.

No. 01–552. LEAVITT ET AL. v. CITY OF EL PASO. C. A. 5th Cir. Certiorari denied.